# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS M.,[1] | Case No. 2:19-CV-09025-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, ACTING Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order filed herewith,

IT IS HEREBY ADJUDGED that the action is remanded to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council shall

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

instruct the Administrative Law Judge to reconsider the claimant's residual functional capacity and issue a new decision.

DATED: August 16, 2021

_Patricia Donahue_
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE